**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 2:19-CV-00092-RWS-RSP |
| v. | § | |
| ACADEMY, LTD d/b/a ACADEMY | § | *LEAD CASE* |
| SPORTS + OUTDOORS, | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Team Worldwide Corporation and Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot Product Authority, LLC and Home Depot U.S.A., Inc.; Macys.com, LLC and Macy's Retail Holdings, Inc.; Target Corporation; and Sears Holdings Corporation, Sears, Roebuck & Co., Transform Holdco, LLC, Transform KM LLC, and Transform SR, LLC. **Dkt. No. 486**. In the stipulation, the parties represent that the above-captioned consolidated case and each individual member case have been resolved and request dismissal of each action. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned cases are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further **ORDERED** that any pending motions are **DENIED AS MOOT**.

The Clerk of Court is directed to close the lead case and each member case.

**SIGNED this 17th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE